UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
                                                   :                 17 Cr. 290-21 (RA)

UNITED STATES OF AMERICA,    :

                                                   :                           <u>ORDER</u>

                 -v-                              :

ASHLEY RODRIGUEZ,                :

                Defendant.         :

------------------------------------------------ X

RONNIE ABRAMS, District Judge:

        In light of Ashley Rodriguez's continued participation in the Young Adult Opportunity Program, time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) January 4, 2021.

Dated:       July 1, 2020
                New York, New York

                                                             RONNIE ABRAMS
                                             United States District Judge